UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMANDA FISHER, ) | CIVIL ACTION NO: |
| Plaintiff, ) | 3:20-cv-01623 (SRU) |
| vs. ) | |
| NORWALK BOARD OF EDUCATION, ) | |
| Defendant. ) | May 12, 2021 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby agree to dismiss the above captioned case, with prejudice, each party to bear its own costs and fees.

PLAINTIFF   
AMANDA FISHER

By: /s/ Gary Phelan  
   Gary Phelan  
   Mitchell & Sheahan, P.C.  
   999 Oronoque Lane, Suite 203  
   Stratford, CT  06614  
   Email: gphelan@mitchellandsheahan.com

DEFENDANT  
NORWALK BOARD OF EDUCATION

By: /s/ M. Jeffry Spahr  
   M. Jeffry Spahr (ct 05416)  
   Deputy Corporation Counsel  
   Office of Corporation Counsel  
   125 East Avenue, PO Box 5125  
   Norwalk, CT  06856-5125  
   Email: jspahr@norwalkct.org

## CERTIFICATION

I hereby certify that on May 12, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be served by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

/s/ Gary Phelan
Gary Phelan